United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| FELIPE DE JESUS CORIA, <br> Plaintiff | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:22-cv-005 |
| v. | | |
| ABELARDO GOMEZ, JR, <br> Defendant | | |

## ORDER OF DISMISSAL

The Court is in receipt of the parties' "Joint Motion to Dismiss" (hereinafter, parties' "Joint Motion"). Dkt. No. 23. In light of the parties' settlement of all claims, the parties' Joint Motion is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 41(a). The parties will bear their own attorney's fees, expenses and costs. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** on this **15th** day of **September, 2023** at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**